# Exhibit 1

March 20, 2015

Conway Lakes Health and Rehab
5201 Curry Ford Road
Orlando, FL 32812

## INVOICE

Co-Medical Director Services for the Month of February:

Total $3,600

Payable to:
Ken Krumins



Conway Lakes
201
Account __611326__   SS
Vendor # __1457__
Approval _____
Date_____
  201DR032015

April 20, 2015

Conway Lakes Health and Rehab
5201 Curry Ford Road
Orlando, FL 32812

## INVOICE

Co-Medical Director Services for the Month of February:

Total $3,600

Payable to:
Ken Krumins

████████████████████████████████

Conway Lakes
201
Account ___611326___
Vendor # ___1457___
Approval ___K___
Inv. Date ___4/20/15___
# 201DR042015

201DR6S3015

May 28, 2015

Conway Lakes Health and Rehab
5201 Curry Ford Road
Orlando, FL 32812

## INVOICE

Co-Medical Director Services for the Month of April:

Total $3,600

Payable to:
Ken Krumins

Conway Lakes
201
Account __611326__
Vendor # __1457__
Approval __[signature]__
Date __5/28/15__



June 24, 2015

Conway Lakes Health and Rehab
5201 Curry Ford Road
Orlando, FL 32812

## INVOICE

Co-Medical Director Services for the Month of June:

Total $3,600

Payable to:
Ken Krumins

Conway Lakes
201
Account __611326__
Vendor # __1457__
Approval
Date __6/24/15__

611326  Ken Krumns

July 20, 2015

Conway Lakes Health and Rehab
5201 Curry Ford Road
Orlando, FL 32812

## INVOICE

Co-Medical Director Services for the Month of July:

Total $3,600

Payable to:
Ken Krumins

OK
JPC
8/5/15

Conway Lakes
201
Account 611326
Vendor # 1457
Approval
Date 7-20-15

August 24, 2015

Conway Lakes Health and Rehab
5201 Curry Ford Road
Orlando, FL 32812

## INVOICE

Co-Medical Director Services for the Month of August:

Total $3,600

Payable to:
Ken Krumins

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Conway Lakes
201
Account __61326__
Vendor # __1457__
Approval __[signature]__
Date __8/24/15__
accrued