# Exhibit 2



# Physician Advisor Monthly Services Invoice

*Physician Advisor: Please include an entry for each day you performed services, number of hours of service that day.*

Facility Name: _Conway Lakes Rehab_       BU#___201___

Physician Name: _ Ken Krumins _       Vendor#_____

Remit Payment to: _ Ken Krumins _

SS# or TIN: ▮▮▮▮▮▮▮
(required on first invoice submitted)

| Date of Service | Number of Hours | Description of Services |
|---|---|---|
|  |  |  |
| 9/02/15 | 5 | Staff training at Jewett, Jonathen Montes |
| 9/10/15 | 5 | Staff training at Jewett, Jonathen Montes |
| 9/17/15 | 2 | Meeting with Dr. Morris RE ▮▮▮▮▮▮ |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Remit Address: _1628 Holts Grove Circle, Winter Park FL 32789_

___12___ Total Number of Hours     $__3,600_____ Amount Due (per contract)

Physician Signature: [signed] Krak MWP     Date: 9/4/15



# Conway Lakes
HEALTH & REHABILITATION CENTER

## Physician Advisor Monthly Services Invoice

*Physician Advisor: Please include an entry for each day you performed services, number of hours of service that day.*

Facility Name: _Conway Lakes Rehab_   BU# _201_

Physician Name: _Ken Krumins_   Vendor# _____

Remit Payment to: _Ken Krumins_

SS# or TIN: ▇▇▇▇▇▇▇▇
(required on first invoice submitted)

| Date of Service | Number of Hours | Description of Services |
|---|---|---|
| 10/6/15 | 2 | Ortho patients outcomes review |
| 10/15/15 | 3 | Readmission review w Dr. Cohen |
| 10/20/15 | 3 | Case study patient BF/QAA mtg |
| 10/21/15 | 3 | Bundled payment meeting at Jewett board office |
| 10/27/15 | 1 | Therapy meeting at facility re protocols |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Remit Address: _1628 Holts Grove Circle, Winter Park FL 32789_

12 Total Number of Hours   $ _3,600_   Amount Due (per contract)

Conway Lakes
201
611326
Vendor # 1457
Approval
Date 10/27/15

Physician Signature   11/5/15
Date



# Conway Lakes

## Physician Advisor Monthly Services Invoice

*Physician Advisor: Please include an entry for each day you performed services, number of hours of service that day.*

Facility Name: _Conway Lakes Rehab_  BU# ___201___

Physician Name: _ Ken Krumins _  Vendor# _____

Remit Payment to: _ Ken Krumins _

SS# or TIN: ▮▮▮▮▮▮
(required on first invoice submitted)

| Date of Service | Number of Hours | Description of Services |
|---|---|---|
| 11/3/15 | 2 | Ortho patients outcomes review |
| 11/10/15 | 2 | QAA |
| 11/16/15 | 3 | Re admission review |
| 11/18/15 | 3 | Bundled payment meeting at Jewett board office |
| 11/20/15 | 2 | Therapy meeting at facility re protocols |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Remit Address: _1628 Holts Grove Circle, Winter Park FL 32789_

___12___ Total Number of Hours    $__3,600__ Amount Due (per contract)

_[signature: KK]_
Physician Signature

Date __11/24/15__   Cner Medical Fnd
Account __411326__
Vendor # __1957__
Approval _____
Date __11/24/15__