# Exhibit 3



# Conway Lakes

## Physician Advisor Monthly Services Invoice

*Physician Advisor: Please include an entry for each day you performed services, number of hours of service that day.*

Facility Name: _Conway Lakes Rehab_   BU#: _201_

Physician Name: _Ken Krumins_   Vendor#: _____

Remit Payment to: _Ken Krumins_

SS# or TIN: _[redacted]_
(required on first invoice submitted)

| Date of Service | Number of Hours | Description of Services |
|---|---|---|
|  |  |  |
| 12/1/15 | 2 | Ortho patients outcomes review |
| 12/8/15 | 2 | QAA |
| 12/10/15 | 3 | Re admission review |
| 12/15/15 | 3 | Bundled payment meeting at Jewett board office |
| 12/22/15 | 2 | Therapy meeting at facility re protocols |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Remit Address: _1628 Holts Grove Circle, Winter Park FL 32789_

___12___ Total Number of Hours   $__3,600__   Amount Due (per contract)

Conway Lakes
201
Account __611326__
Vendor # __1457__
Approval __✓__
Date __12.1.16__

_Physician Signature_



# Conway Lakes
### HEALTH & REHABILITATION CENTER

## Physician Advisor Monthly Services Invoice

*Physician Advisor: Please include an entry for each day you performed services, number of hours of service that day.*

Facility Name: _Conway Lakes Rehab_          BU# _201_

Physician Name: _Ken Krumins_      Vendor#____

Remit Payment to: _Ken Krumins____

SS# or TIN: ▮▮▮▮▮▮
(required on first invoice submitted)

| Date of Service | Number of Hours | Description of Services |
|---|---|---|
| 1/3/16 | 2 | Ortho patients outcomes review |
| 1/4/16 | 2 | Rehab meeting patient goals review |
| 1/10/16 | 3 | Bundled payment meeting at Jewett board office |
| 1/11/16 | 3 | Re admission review |
| 1/19/16 | 2 | qaa |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Remit Address: _1628 Holts Grove Circle, Winter Park FL 32789_

___12___ Total Number of Hours    $__3,600__ Amount Due (per contract)

_[Signature]_ MM
Physician Signature

Date 2/10/1_
Conway Lakes
611326
1457
JM
1/19/16



# Conway Lakes
HEALTH & REHABILITATION CENTER

## Physician Advisor Monthly Services Invoice

*Physician Advisor: Please include an entry for each day you performed services, number of hours of service that day.*

Facility Name: _Conway Lakes Rehab_____   BU#___201_____

Physician Name: _ Ken Krumins _____   Vendor#_____

Remit Payment to: _ Ken Krumins _____

SS# or TIN: _▮▮▮▮▮▮▮_____
(required on first invoice submitted)

| Date of Service | Number of Hours | Description of Services |
|---|---|---|
| 02/02/16 | 2 | Ortho patients outcomes review |
| 02/05/16 | 2 | Rehab meeting patient goals review |
| 02/10/16 | 3 | Bundled payment meeting at Jewett board office |
| 02/16/16 | 3 | QAA |
| 02/29/16 | 2 | Re admission review |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Remit Address: _1628 Holts Grove Circle, Winter Park FL 32789_____

___12_____ Total Number of Hours    $__3,600_____ Amount Due (per contract)

Conway Lakes
Account __ 6L 326_____
Vendor # __1457__ . . . .
Approval _____
Date __2/29/16___

Physician Signature                                                                 Date



# Conway Lakes
**HEALTH & REHABILITATION CENTER**

## Physician Advisor Monthly Services Invoice

*Physician Advisor: Please include an entry for each day you performed services, number of hours of service that day.*

Facility Name: _Conway Lakes Rehab_   BU# _201_

Physician Name: _Ken Krumins_   Vendor#_____

Remit Payment to: _Ken Krumins_

SS# or TIN: ▮▮▮▮▮▮
(required on first invoice submitted)

| Date of Service | Number of Hours | Description of Services |
|---|---|---|
| | | |
| 03/02/16 | 2 | Ortho patients outcomes review |
| 03/03/16 | 2 | Rehab meeting patient goals review |
| 03/10/16 | 3 | Bundled payment meeting at Jewett board office |
| 03/28/16 | 3 | Re admission review |
| 03/29/16 | 2 | QAA |
| | | |
| | | |
| | | |
| | | |

Remit Address: _1628 Holts Grove Circle, Winter Park FL 32789_   Conway Lakes  201DR032916

___12___ Total Number of Hours   $__3,600__ Amount Due (per contract)   611326

1457

3/29/16

_____
Physician Signature                      Date