# Exhibit 4



# Conway Lakes
HEALTH & REHABILITATION CENTER

## Physician Advisor Monthly Services Invoice

*Physician Advisor: Please include an entry for each day you performed services, number of hours of service that day.*

Facility Name: _Conway Lakes Rehab_____ BU#___201_____

Physician Name: _Dr. Chris Cooper, MD_____ Vendor#_____

Remit Payment to: _Infection Control Consultants C/O Jason C. Sniffen, DO, President_____

SS# or TIN: ▓▓▓▓▓▓▓▓
(required on first invoice submitted)

| Date of Service | Number of Hours | Description of Services |
|---|---|---|
|  |  |  |
| 3/10/15 | 2 | QAA |
| 3/13/15 | 2 | Meeting with Health South rehab hospital |
| 3/16/15 | 1 | Pharmacy invoice review |
|  |  |  |
|  |  |  |
|  |  | RECEIVED MAR 23 2015 |
|  |  | Conway Lakes  201 Account __611326__ 55 Vendor # __1250__ Approval _____ Date _____ 201DR031615 |

Remit Address: _685 Palm Springs Dr. #2A, Altamonte Springs FL 32701_____

____5____ Total Number of Hours     $__1,500_____ Amount Due (per contract)

_____CC_____ Physician Signature         __3/20/15__ Date



# Physician Advisor Monthly Services Invoice

*Physician Advisor: Please include an entry for each day you performed services, number of hours of service that day.*

Facility Name: _Conway Lakes Rehab_   BU#___201_____

Physician Name: _Dr. Chris Cooper, MD_   Vendor#_____

Remit Payment to: _Infection Control Consultants C/O Jason C. Sniffen, DO, President_____

SS# or TIN: ▇▇▇▇▇▇▇
(required on first invoice submitted)

| Date of Service | Number of Hours | Description of Services |
|---|---|---|
| | | |
| 4/7/15 | 2 | QAA |
| 4/15/15 | 2 | Meeting with Health South rehab hospital |
| 4/16/15 | 1 | Pharmacy invoice review |
| | | |
| | | Conway Lakes |
| | | 201 |
| | | Account  611326 |
| | | Vendor # 1250 |
| | | Approval _/__ |
| | | Inv. Date  4/16/15 |
| | | # 201DR 041615 |

Remit Address: _685 Palm Springs Dr. #2A, Altamonte Springs FL 32701_____

___5_____ Total Number of Hours    $__1,500_____ Amount Due (per contract)

Physician Signature: _(signed)_   Date: 4/23/15

201 DR052015

Conway Lakes
201
Account _____
Vendor # _____
Approval _____
Date _____

## Conway Lakes
HEALTH & REHABILITATION CENTER

RECEIVED
JM

## Physician Advisor Monthly Services Invoice

*Physician Advisor: Please include an entry for each day you performed services, number of hours of service that day.*

Facility Name: _Conway Lakes Rehab_____ BU#___201_____

Physician Name: _Dr. Chris Cooper, MD_____ Vendor#_____

Remit Payment to: _Infection Control Consultants C/O Jason C. Sniffen, DO, President_____

SS# or TIN: ▮▮▮▮▮▮▮▮▮
(required on first invoice submitted)

| Date of Service | Number of Hours | Description of Services |
|---|---|---|
|  |  |  |
| 5/12/15 | 2 | QAA |
| 5/14/15 | 2 | ID meeting to review return admissions to hospital |
| 5/20/15 | 1 | Pharmacy invoice review |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Conway Lakes 201 |
|  |  | Account 611326 |
|  |  | Vendor # 1250 / 72 |

Remit Address: _685 Palm Springs Dr. #2A, Altamonte Springs, FL 32701_
Approved 5/20/15

___5___ Total Number of Hours    $__1,500__ Date  Amount Due (per contract)

Physician Signature: _(signature)_      Date: 5/28/15

201 DR 062315



## Physician Advisor Monthly Services Invoice

*Physician Advisor: Please include an entry for each day you performed services, number of hours of service that day.*

Facility Name: _Conway Lakes Rehab_____ BU#___201_____

Physician Name: _Dr. Chris Cooper, MD_____ Vendor#_____

Remit Payment to: _Infection Control Consultants C/O Jason C. Sniffen, DO, President_____

SS# or TIN: _▮▮▮▮▮▮▮▮▮_____
(required on first invoice submitted)

| Date of Service | Number of Hours | Description of Services |
|---|---|---|
|  |  |  |
| 6/9/15 | 2 | QAA |
| 6/17/15 | 2 | ID meeting to review return admissions to hospital |
| 6/23/15 | 1 | Pharmacy invoice review |
|  |  |  |
|  |  | Conway Lakes |
|  |  | 201 |
|  |  | Account  611326 |
|  |  | Vendor # 1250 |
|  |  | Approval ✓ |
|  |  | Date 6/23/15 |

Remit Address: _685 Palm Springs Dr. #2A, Altamonte Springs FL 32701_____

____5_____ Total Number of Hours    $__1,500_____ Amount Due (per contract)

_____GC_____                              6/24/15
Physician Signature                              Date



611506   Jason C Sniffen

# Conway Lakes
HEALTH & REHABILITATION CENTER

## Physician Advisor Monthly Services Invoice

*Physician Advisor: Please include an entry for each day you performed services, number of hours of service that day.*

Facility Name: _Conway Lakes Rehab_    BU#___201_

Physician Name: _Dr. Chris Cooper, MD_    Vendor#___1250_

Remit Payment to: _Infection Control Consultants C/O Jason C. Sniffen, DO, President_

SS# or TIN: _[redacted]_
(required on first invoice submitted)

| Date of Service | Number of Hours | Description of Services |
|---|---|---|
|  |  |  |
| 7/6/15 | 2 | ID meeting to review return admissions to hospital |
| 7/11/15 | 1 | Pharmacy med review |
| 7/14/15 | 2 | QAA meeting |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Remit Address: _685 Palm Springs Dr. #2A, Altamonte Springs FL 32701_

___5___ Total Number of Hours    $__1,500__ Amount Due (per contract)

Physician Signature    Date: 7-21-15

*1250    Jason Sniffen* (handwritten)



## Conway Lakes
### HEALTH & REHABILITATION CENTER

## Physician Advisor Monthly Services Invoice

*Physician Advisor: Please include an entry for each day you performed services, number of hours of service that day.*

Facility Name: _Conway Lakes Rehab_____     BU#___201_____

Physician Name: _Dr. Chris Cooper, MD_____     Vendor#_____

Remit Payment to: _Infection Control Consultants C/O Jason C. Sniffen, DO, President_____

SS# or TIN: _[redacted]_____
(required on first invoice submitted)

| Date of Service | Number of Hours | Description of Services |
|---|---|---|
|  |  |  |
| 8/6/15 | 2 | ID meeting to review return admissions to hospital |
| 8/11/15 | 1 | Pharmacy med review |
| 8/11/15 | 2 | QAA meeting |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Remit Address: _685 Palm Springs Dr. #2A, Altamonte Springs FL 32701_____

____5_____ Total Number of Hours     $__1,500_____ Amount Due (per contract)

_____                                   _8/26/15_
Physician Signature                                              Date