# Exhibit 5

# PHYSICIAN ADVISOR MEETING
## CONWAY LAKES HEALTH & REHABILITATION CENTER
## 5201 CURRY FORD ROAD
## TELEPHONE CONFERENCE
## AGENDA

### TUESDAY, August 11, 2015, 11:30 A.M.

ROLL CALL

    Matt File, Administrator
    Jonathan Montes de Oca, Administrator in Training
    Chris Cooper, MD, Physician Advisor

DISCUSSION/ACTION

1. NEW BUSINESS

    a. Infectious disease return admissions to hospital

    b. Pharmacy med review

2. OLD BUSINESS

    None

3. COMMITTEE MEMBERS/STAFF COMMENTS

    None

ADJOURNMENT

_____
Matt File