# Exhibit 6

1250



HEALTH & REHABILITATION CENTER

## Physician Advisor Monthly Services Invoice

*Physician Advisor: Please include an entry for each day you performed services, number of hours of service that day.*

Facility Name: _Conway Lakes Rehab_____     BU#___201_____

Physician Name: _Dr. Chris Cooper, MD_____     Vendor#_____

Remit Payment to: _Infection Control Consultants C/O Jason C. Sniffen, DO, President_____

SS# or TIN: [redacted]
(required on first invoice submitted)

| Date of Service | Number of Hours | Description of Services |
|---|---|---|
|  |  |  |
| 8/6/15 | 2 | ID meeting to review return admissions to hospital |
| 8/11/15 | 1 | Pharmacy med review |
| 8/11/15 | 2 | QAA meeting |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Remit Address: _685 Palm Springs Dr. #2A, Altamonte Springs FL 32701_____

___5_____ Total Number of Hours     $__1,500_____ Amount Due (per contract)

Physician Signature: [signature]     Date: 8/26/15