# Exhibit 7



# QUALITY ASSURANCE & IMPROVEMENT/RISK MANAGEMENT COMMITTEE MEETING SIGNATURE SHEET

Month: July  Meeting Date: 7/11/15

Chairperson: Matt File

**Required Attendees**
- Administrator
- Director of Nursing
- Risk Manager
- Medical Director

**Optional Attendees**
- Activities Director
- Human Resources Coordinator
- Case Manager
- Medical Records
- Director of Plant Operations
- Associate Medical Director
- Director of Rehabilitation
- Unit Manager
- Unit Manager
- Dietary Manager
- Director of Social Services
- Admissions Coordinator

| Print Name | Signature |
|---|---|
| Matt File | [signature] |
| Richard Weber | [signature] |
| Richard Weber | Kul N/T |
| V. Naeseran | [signature] |
| Sandy Gurmohamed | [signature] |
| Luz W Delgado | [signature] |
| Kathleen Miller | [signature] Miller |
| N. Giffin | [signature] |
| Manuel Estrella | [signature] |
| [illegible] | [signature] |
| [illegible] | [signature] |
| Paula Zernikow | Paula [signature] |
| Briane Gansemay | [signature] |
| Jonathan Mentes, AFT | Jonathan Mentes |

Review of old business:
[illegible notes]

infectious disease /M Woodard