# Exhibit 8



# QUALITY ASSURANCE & IMPROVEMENT/RISK MANAGEMENT COMMITTEE MEETING SIGNATURE SHEET

Month: August  Meeting Date: 9/8/15
Chairperson: Matt File

| Required Attendees | Print Name | Signature |
| --- | --- | --- |
| Administrator | Matt File | [signed] |
| Director of Nursing | Richard Weber | [signed] |
| Risk Manager | Richard Weber | [signed] |
| Medical Director | Nartazradi | [signed] |

| Optional Attendees | Print Name | Signature |
| --- | --- | --- |
| Activities Director | Sandy Gurmohamed | [signed] |
| Human Resources Coordinator | Luz W. Delgado | [signed] |
| Case Manager | Kathleen Miller | K Miller |
| Medical Records | Nate Gitner | [signed] |
| Director of Plant Operations | Manuel Estrella | [signed] |
| Associate Medical Director | | |
| Director of Rehabilitation | [illegible] | [signed] |
| Unit Manager | [illegible] | [signed] |
| Unit Manager | [illegible] | [signed] |
| Dietary Manager | Paula Zurwalo | Paula [signed] |
| Director of Social Services | Brianne Garest, MSW, DSS | B. Garesh |
| Admissions Coordinator | Jonathan Montes, AIT | Jonathan Montes |

Review of old business:
SNF/suspection control / Arising Action / [illegible]

infectious disease / Woolard / [signed]