# Exhibit 9

JONATHAN T MONTES DE OCA

191
30-7420/2140

9/23/15

Pay to the Order of _Dr. Chris Cooper_ $ 1,500.00

_One thousand five hundred and 00/100_ Dollars

USAA FEDERAL SAVINGS BANK
10750 McDERMOTT PWY
SAN ANTONIO, TEXAS 78288-0544
(210) 498-8000 1-800-922-3724

USAA

For _Venue Reservation_

Jonathan Montes de Oca

0191