# Exhibit 10



Conway Lakes
HEALTH & REHABILITATION CENTER

## Physician Advisor Monthly Services Invoice

*Physician Advisor: Please include an entry for each day you performed services, number of hours of service that day.*

Facility Name: _Conway Lakes Rehab________________ BU#___201____________________

Physician Name: _Dr. Chris Cooper, MD________ Vendor#____1250____________

Remit Payment to: _Infection Control Consultants C/O Jason C. Sniffen, DO, President__________

SS# or TIN: _[redacted]________________________________
(required on first invoice submitted)

| Date of Service | Number of Hours | Description of Services |
|---|---|---|
| | | |
| 9/8/15 | 2 | QAA meeting |
| 9/11/15 | 1 | Pharmacy med review |
| 9/17/15 | 2 | ICU FL south meeting |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Remit Address: _685 Palm Springs Dr. #2A, Altamonte Springs FL 32701_______________________

_____5_______Total Number of Hours $__1,500______________ Amount Due (per contract)

Physician Signature

10/6/15
Date



## [illegible] Monthly [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

| Date of Service | Number of Hours | Description of Services |
| --- | --- | --- |
| [illegible] | | [illegible] |
| [illegible] | [illegible] | [illegible] |
| [illegible] | | [illegible] |

Conway Lakes
201
Account 611326
Vendor # 1250
Approval
Date 10/20/15