FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION  2019 JAN -3 PM 3:54

UNITED STATES OF AMERICA
ex rel. JONATHAN MONTES de OCA,

    Plaintiffs,

vs.                                         Case no. 6:16-cv-1374-Orl-37GJK

CONWAY LAKES NC, LLC                 **FILED UNDER SEAL**
d/b/a CONWAY LAKES HEALTH
AND REHABILITATION CENTER;
CLEAR CHOICE HEALTHCARE, LLC;
GEOFFREY FRASER;
JEFFREY CLEVELAND and
MATTHEW FILE,

    Defendants.
_____/

### THE UNITED STATES' NOTICE OF SETTLEMENT AND MOTION TO DISMISS FOR PURPOSES OF SETTLEMENT

Pursuant to Middle District of Florida Local Rule 3.08(a), Plaintiff, the United States of America, hereby notifies this Court that the parties have agreed to settle this matter. The settlement agreement between the parties contemplates that Defendants make multiple payments to the United States, with the final payment due in 270 days (nine months) after the execution of the settlement agreement. The agreement was signed effective December 31, 2018. The agreement provides that, upon receipt of the settlement payments,

> the United States and Relator shall promptly sign and file in the Civil Action a Joint Stipulation of Dismissal of the Civil Action pursuant to Rule 41(a)(1), with prejudice as to Relator, and with prejudice as to the United States for the Covered Conduct and without prejudice as to the

remainder of the complaint, and without costs.

The United States anticipates that, upon receipt of the final payment as contemplated in the settlement agreement, the United States and Relator will file a joint stipulation of dismissal of the *qui tam* complaint in this matter.

Therefore, pursuant to Middle District of Florida Local Rule 3.08(b), the United States requests that the Court dismiss this matter without prejudice and administratively close the file and that the Court order that the dismissal is subject to the right of any party to move the Court within one year of the Court's order to reopen the case. The United States requests that the Court retain jurisdiction to enforce the settlement agreement. The United States further requests that this Notice and Motion be unsealed (along with the Relator's Complaint, the United States' Notice of Election to Intervene in Part, and the Court's Order dated October 3, 2018, as specified in the terms of the Court's October 3, 2018 Order). The United States requests that all other papers or Orders on file in this action remain under seal.

A proposed order accompanies this notice.

Dated: January 3, 2019

Respectfully Submitted,

MARIA CHAPA LOPEZ
United States Attorney

by: *[signature]*
JEREMY R. BLOOR
Assistant U.S. Attorney
Florida Bar No. 0071497
Office of the United States Attorney
Middle District of Florida
400 West Washington St., Suite 3100
Orlando, FL 32801
Tele. (407) 648-7500
Fax (407) 648-7588
Jeremy.Bloor@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 3 day of January, 2019, true and correct copies of the foregoing United States' Notice of Settlement and Motion to Dismiss for Purposes of Settlement were served by first-class mail, first class postage pre-paid, upon the following counsel of record:

John Yanchunis
Morgan & Morgan
201 North Franklin Street, 7th Floor
Tampa, FL 33602

James D. Young
Morgan & Morgan
76 S. Laura Street, Suite 1100
Jacksonville, FL 32202

Breanna L. Peterson, Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC 20044

*[signature]*
Jeremy R. Bloor
Assistant United States Attorney

3