FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2019 JAN -7 PM 4:09

    ...  COURT
   ...E DISTRICT OF FLORIDA
    ORLANDO, FLORIDA

UNITED STATES OF AMERICA
*ex rel.* JONATHAN MONTES de OCA,

  Plaintiffs,

vs.                                                              Case no. 6:16-cv-1374-Orl-37GJK

CONWAY LAKES NC, LLC                     **FILED UNDER SEAL**
d/b/a CONWAY LAKES HEALTH
AND REHABILITATION CENTER;
CLEAR CHOICE HEALTHCARE, LLC;
GEOFFREY FRASER;
JEFFREY CLEVELAND and
MATTHEW FILE,

  Defendants.
_____/

## ORDER

THIS CAUSE having come before the Court upon the United States' Notice of Settlement and Motion to Dismiss for Purposes of Settlement, and having considered the Notice and Motion, the Court rules as follows:

IT IS ORDERED that

1. The case is dismissed without prejudice for the purposes of settlement; this dismissal is subject to the right of any party to move the Court within one year of the Court's order to reopen the case;

2. The Court retains jurisdiction to enforce the settlement agreement entered into by the parties;

3. As previously ordered, the Relator's complaint, the United States'

Notice of Election to Intervene in Part, the Court's October 3, 2018 order, the United States Motion for Extension of Time, and the Court's January 2, 2018 order shall be unsealed;

4. The United States' Notice of Settlement and Motion to Dismiss for Purposes of Settlement, as well as this order, shall be unsealed;

5. All other papers or Orders on file in this matter shall remain under seal;

6. The seal shall be lifted on all matters occurring after the date of this order.

7. The clerk is directed to administratively close the file.

**DONE and ORDERED** in Chambers in Orlando, FL this 7th day of January 2019.

Roy B. Dalton, Jr.
United States District Judge

cc: Jeremy R. Bloor
    Assistant United States Attorney
    400 West Washington Street, Suite 3100
    Orlando, FL 32801

    John Yanchunis
    Morgan & Morgan
    201 North Franklin Street, 7th Floor
    Tampa, FL 33602

    James D. Young
    Morgan & Morgan
    76 S. Laura Street, Suite 1100
    Jacksonville, FL 32202

    Breanna L. Peterson
    Trial Attorney
    U.S. Department of Justice
    Civil Division, Commercial Litigation Branch
    P.O. Box 261
    Ben Franklin Station
    Washington, DC 20044